**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
**CIVIL ACTION NO. 7:21-CV-86-REW-CJS**

***ELECTRONICALLY FILED***

**CHARLES MOUNTS, et al., PLAINTIFFS**

**v.**

**3M COMPANY, et al., DEFENDANTS**

---

# JOINT STATUS REPORT

---

Come now the WT&P Plaintiffs[1] and the Martin Plaintiffs (collectively the "Plaintiffs"), jointly with Defendants 3M Company, Aearo LLC, Aearo Technologies, LLC, American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Mine Safety Appliances Company, LLC, Kentucky Mine Supply Company, and Mine Service Company, Inc. (collectively, "Defendants" and collectively with the WT&P Plaintiffs and the Martin Plaintiffs the "Parties") and for their Joint Status Report state as follows:

I. <u>Discovery Status</u>

This Court's September 26, 2024, Opinion and Order (ECF No. 138) ordered the Parties to file a "joint status report detailing the current status of statute of limitations discovery, and a joint proposed plan for phased discovery and steps in litigation."

[1]While Plaintiffs in this matter were previously referred to as the Hammond Plaintiffs, named after their former counsel, they are now represented by Whiteford, Taylor & Preston L.L.P. and the Peterson Law Office, PLLC. For that reason, in the Court's September 26, 2024 Opinion and Order, the Court refers to these Plaintiffs now as the WT&P Plaintiffs, and the WT&P Plaintiffs intend to continue using this denomination for clarity. *See* ECF No. 138 at n. 6.

In that same Order, the Court ordered the **WT&P Plaintiffs** to "answer the interrogatories and produce the documents identified in the Court's Scheduling Order by no later than October 31, 2024" and to file a "proper motion for reinstatement, identifying each specific plaintiff that has fully answered the interrogatories and produced the requisite documents in compliance with the Court's Scheduling Order."

This Court further granted permission for the **Martin Plaintiffs** to "jointly file any first amended complaint . . . by no later than October 31, 2024."

On August 19, 2024, August 23, 2024, and September 3, 2024, prior to the entry of the September 26 Opinion and Order, Defendants filed various Motions for Summary Judgment and Motions for Joinder of Same challenging specific Plaintiffs' claims based on not claiming a diagnosed injury, not claiming 3M, American Optical, Cabot, and/or Aearo, and Mine Safety Appliances Company, LLC product use, or having consulted an attorney about a respirator lawsuit more than one year before filing this lawsuit. Plaintiffs responded to those motions requesting that the Court delay any ruling until the October 31, 2024 deadline had run, allowing Plaintiffs time to comply with the Court's September 26 Order regarding motions for reinstatement. 3M filed replies in support of the motions.

The process of Plaintiffs answering the interrogatories and producing the documents required by the Court's Scheduling Order is ongoing and will be completed prior to the October 31, 2024 deadline. Defendants will file their response(s) to the motion for reinstatement within the time permitted by the Local Rules.

The WT&P Plaintiffs will file a single motion for reinstatement identifying each specific plaintiff that has fully answered the interrogatories and produced the requisite documents in compliance with the Court's Scheduling Order by the October 31, 2024 deadline.

II. Joint Proposed Plan for Phased Discovery and Steps in Litigation

Once the Court resolves which Plaintiffs' cases will be reinstated, the Parties and this Court will better understand the scope of remaining threshold discovery. With that knowledge, the Parties will be better able to estimate how long it will take to obtain the necessary records, complete those depositions, and submit the related briefing. The Parties propose that within 14 days after the Court's ruling on the motion to reinstate, the Parties submit proposals for the following deadlines:

- Timeframe for Plaintiffs diagnosed with CWP or other lung disease allegedly caused by exposure to coal mine dust more than one year before filing to identify themselves to the defense.
- Timeframe for the Parties to confer about issues relating to redactions of produced documents.
- Timeframe for Defendants to obtain Social Security and black lung records.
- Timeframe to complete depositions of Plaintiffs regarding statute of limitations issues based on an initial statute of limitations discovery.
- Timeframe for Defendants file dispositive motions regarding statute of limitations issues based on initial statute of limitations discovery.
- Timeframe for Plaintiffs to respond to dispositive motions regarding statute of limitations issues based on initial statute of limitations discovery.
- Timeframe for Defendants to reply in support of motions regarding statute of limitations issues based on initial statute of limitations discovery.

The Parties disagree on whether other discovery should be permitted while this phased discovery plan is ongoing. The respective positions can be further discussed at the forthcoming scheduling hearing.

WHITEFORD, TAYLOR & PRESTON, LLP

/s/ *Joseph E. H. Atkinson*
Joseph E.H. "Eric" Atkinson (*pro hac vice*)
jeatkinson@whitefordlaw.com
*Whiteford, Taylor & Preston, LLP*
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for WT&P Plaintiffs*

Masten Childers, III, Esq. (KBA # 94898)
Sarah E. Cooley, Esq. (KBA # 99993)
Madeleine R. Hamlin, Esq. (KBA #100019)
*Whiteford, Taylor & Preston, LLP*
161 N. Eagle Creek Drive, Suite 210
Lexington, Kentucky 40509
Telephone: (859) 687-6699
Facsimile: (859) 263-3239
mchilders@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for WT&P Plaintiffs*

Justin S. Peterson, Esq. (KBA #92633)
Kellie M. Collins, Esq. (KBA #92509)
Laura Jane Phelps, Esq. (KBA #98567)
*Peterson Law Office, PLLC*
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
Telephone: (859) 469-6390
Facsimile: (859) 469-6391
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Counsel for WT&P Plaintiffs*

/s/*Michael B. Martin*
Michael B. Martin
Texas Bar No.: 13094400
Kentucky Bar No. 96907
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
Telephone: (713) 773-2035
Facsimile: (832) 559-0878
mmartin@martinwaltonlaw.com

James Hamilton
Jonah L. Stevens
Destiny Hamilton Pugh
HAMILTON & STEVENS, PLLC
P.O. Box 1286
Pikeville, KY 41502
Telephone: (606) 437-6555
Facsimile: (606) 437-6553
james@hamiltonstevenslaw.com
jonah@hamiltonstevenslaw.com
destiny@hamiltonstevenslaw.com

Johnny Givens
Kentucky Bar No. 98938
GIVENS LAW FIRM, PLLC
240 Trace Colony Park Drive, Ste 100
Ridgeland, Mississippi 39157
Telephone: (601) 300-2009
Facsimile: (601) 651-3948
johnny@givens-law.com

Michael J. Bender, Esq.
Byron N. Miller, Esq.

*Thompson Miller & Simpson, PLC*
734 West Main Street, Suite 400
Louisville, Kentucky 40202
mbender@tmslawplc.com
bmiller@tmslawplc.com
*Counsel for Defendant 3M Company*

Bryan J. Spann, Esq.
Robert H. Akers, Esq.
*Thomas Combs & Spann*
300 Summers Street, Suite 1380
Charlestown, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
*Counsel for Defendant 3M Company*

M. Trent Spurlock, Esq.
Alice A. Jones, Esq.
*Dinsmore & Shohl, LLP*
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company, LLC*

Nicholas Johnson, Esq.
John A. Budig, Esq.
*Bailey & Glasser, LLP*
209 Capitol Street
Charlestown, West Virginia 25301
njohnson@baileyglasser.com
jbudig@baileyglasser.com
*Counsel for Defendant Mine Safety Appliances Company, LLC*

Charles J. Baird, Esq.
David L. Baird, Esq.
*Baird & Baird, PSC*
162 Second Street
P.O. Box 351
Pikeville, Kentucky 41502
cbaird@bairdandbaird.com
dbaird@bairdandbaird.com
*Counsel for Defendant Mine Safety Appliances Company, LLC*

Patrick W. Gault, Esq.
William F. English, Esq.
*Napier, Gault, Schupbach & Stevens, PLC*
730 West Main Street, Suite 400
Louisville, Kentucky 40202
pgault@napiergaultlaw.com
wenglish@napiergaultlaw.com
*Counsel for Defendants, Mine Service Company, Inc. and Kentucky Mine Supply Company*

Robert M. Connolly, Esq.
Carol Dan Browning, Esq.
Whitney Frazier Watt, Esq.
Emily L. Startsman, Esq.
*Stites & Harbison, PLLC*
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartsman@stites.com
*Counsel for Defendants, American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Aearo Technologies, LLC and Aearo, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the ECF systems which will send notification of such filing to all counsel of record, this 22nd day of October, 2024.

/s/ *Joseph E. H. Atkinson*

Joseph E.H. "Eric" Atkinson (*pro hac vice*)
jeatkinson@whitefordlaw.com
*Whiteford, Taylor & Preston, LLP*
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for WT&P Plaintiffs*