**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**

**CHARLES MOUNTS, ET AL.** **PLAINTIFFS**
**(Brett Gayheart and Brenda Gayheart)**

**VS.** **C.A. NO. 7:21-CV-00086-REW-CJS**

**3M COMPANY, ET AL.** **DEFENDANTS**

**PLAINTIFFS BRETT AND BRENDA GAYHEART'S OBJECTION TO 3M COMPANY'S RESPONSE TO THE WHITEFORD PETERSON PLAINTIFFS' MOTION FOR REINSTATEMENT**

Plaintiffs, Brett Gayheart and Brenda Gayheart, object to the response filed by Defendant, 3M Company (3M) (CT Doc 156), and joined in by Defendant, Mine Safety Appliances, LLC (MSA) (CT Doc 157) to the Whiteford, Taylor & Preston and the Peterson Law Office Plaintiffs' Motion to Reinstate (CT Doc 153). Mr. and Mrs. Gayheart respectfully show the Court:

First, Brett and Brenda Gayheart are represented by other counsel: the Martin Walton Law Firm, the Givens Law Firm, and the Hamilton Stevens Law Firm. Second, the Gayhearts complied with all discovery requests. (CT DOCs 71, 74-2). Third, they sought the reinstatement of their case. (CT DOC 62). Fourth, the Court granted the Gayhearts' Motion to Reinstate on September 26, 2024. (CT DOC 138 at 7). Thus, this case is on the active docket and requires no order for reinstatement.

3M, and MSA by joinder, mischaracterize Mr. and Mrs. Gayheart as Plaintiffs who have not sought reinstatement (CT DOC. 156-1, 3M Exhibit 1) even though the Court granted their requested reinstatement. 3M also incorrectly lists them as Plaintiffs represented by other counsel. *Id.* In the Motion for Reinstatement brought by the Whiteford, Taylor & Preston and the Peterson Law Office Plaintiffs, Mr. and Mrs. Gayheart are not included in the motion. The Court already

identified Mr. and Mrs. Gayheart as Martin Plaintiffs in its order of September 26, 2024. (CT DOC 138 at 7).

Brett and Brenda Gayheart object to 3M's mischaracterization of the status of their case in its response, joined in by MSA. Mr. and Mrs. Gayheart also object to 3M's attempt to include their case in response to a motion filed by different Plaintiffs. For these reasons, Brett and Brenda Gayheart request that their case be excluded from the Court's consideration of the 3M response and MSA's joinder. The response is inapplicable to their case since they previously complied with discovery, the Court granted reinstatement of their case, and they are represented by other counsel.

Respectfully submitted,

**MARTIN WALTON LAW FIRM**

/s/*Michael B. Martin*
Michael B. Martin
Texas Bar No.: 13094400
Kentucky Bar No. 96907
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
Telephone: (713) 773-2035
Facsimile: (832) 559-0878
mmartin@martinwaltonlaw.com

James Hamilton
Jonah L. Stevens
Destiny Hamilton Pugh
HAMILTON & STEVENS, PLLC
P.O. Box 1286
Pikeville, KY 41502
Telephone: (606) 437-6555
Facsimile: (606) 437-6553
james@hamiltonstevenslaw.com
jonah@hamiltonstevenslaw.com
destiny@hamiltonstevenslaw.com

Johnny Givens
Kentucky Bar No. 98938
GIVENS LAW FIRM, PLLC
240 Trace Colony Park Drive, Ste 100
Ridgeland, Mississippi 39157
Telephone: (601) 300-2009
Facsimile: (601) 651-3948
johnny@givens-law.com

***COUNSEL FOR PLAINTIFFS***

Brett Gayheart and Brenda Gayheart;
Jeffrey Pinson and Stacie Pinson; and
Norman Page and Kimberly Page

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served electronically or via US Mail on this 3rd day of December 2024, upon all parties of record.

*/s/ Michael Martin*
Michael B. Martin