**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
**CIVIL ACTION NO. 7:21-CV-86-REW-CJS**

***ELECTRONICALLY FILED***

**CHARLES MOUNTS, et al.,** **PLAINTIFFS**

**v.**

**3M COMPANY, et al.,** **DEFENDANTS**

---

**JOINT STATUS REPORT**

---

Come now the WT&P Plaintiffs, jointly with Defendants 3M Company, Aearo LLC, Aearo Technologies, LLC, American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Mine Respirator Company, LLC, f/k/a Mine Safety Appliances Company, LLC, Kentucky Mine Supply Company, and Mine Service Company, Inc. (collectively, "Defendants" and collectively with the WT&P Plaintiffs the "Parties"), and for their Joint Status Report state as follows:

I. Background

On August 9, 2023, the Court dismissed the WT&P Plaintiffs' claims without prejudice for failure to comply with targeted discovery. *See* ECF No. 54 (Order of Dismissal without Prejudice). The Court further warned the WT&P Plaintiffs that if they failed to comply with the Scheduling Order by September 29, 2023, the Court would dismiss their claims *with* prejudice in a final order. *See id.* The Court further directed the WT&P Plaintiffs to file a motion for reinstatement on behalf of each specific plaintiff that sought to have his or her claims reinstated. *See* ECF No. 138 (Opinion) at 7, 12. However, the WT&P Plaintiffs could only seek to reinstate the claims of those plaintiffs that fully complied with the targeted discovery requirements. *See id.* at 12. Additionally,

the Court ordered the Parties to submit a joint status report to detail, in part, the current status of statute of limitations discovery. *See id.* at 13–14. In their subsequent joint status report, the Parties indicated that statute of limitations discovery, to the extent the Parties had engaged in such discovery at all, was in its infancy. *See* ECF No. 150 (Joint Status Report). Discovery on other substantive issues had yet to be scheduled or conducted.

In accordance with the Court's September 26, 2024 Order (ECF No. 138), the WT&P Plaintiffs timely filed a motion to reinstate the claims of 92 sets of Plaintiffs (*i.e.*, the plaintiff coal miners and, as applicable, their spouses). *See* ECF No. 153 (Motion to Reinstate). Defendants agree that 76 of those sets have sufficiently complied with targeted discovery and should have their claims reinstated. *See* ECF No. 156 (Response) at 1–2. However, Defendants argue that the remaining 16 sets of plaintiffs have not complied with their limited discovery obligations and maintain that the Court should therefore dismiss their claims with prejudice. *See id.* The WT&P Plaintiffs dispute Defendants' characterization and contend that the plaintiffs seeking reinstatement are in compliance. *See* ECF No. 161 (Reply).

Separately, Defendants filed three motions for summary judgment against various WT&P Plaintiffs on the following grounds: (1) failure to show a pulmonary-related diagnosis (ECF No. 127); (2) failure to show use of Defendants' respirators (ECF No. 128); and (3) untimely claims based on the statute of limitations (ECF No. 129) (collectively, the "Motions for Summary Judgment"). The Motions for Summary Judgment were fully briefed prior to the WT&P Plaintiffs seeking reinstatement. *See* ECF No. 139 (Response to ECF No. 127); ECF No. 146 (Reply to ECF No. 127); ECF No. 140 (Response to ECF No. 128); ECF No. 147 (Reply to ECF No. 128); ECF No. 141 (Response to ECF No. 129); ECF No. 145 (Reply to ECF No. 129).

The Court issued an Order on February 6, 2025 (ECF No. 162) denying the Defendants' Motions for Summary Judgment in part as moot and in part without prejudice as to certain WT&P

Plaintiffs, as more fully set forth therein. The Order also required the Parties to "meet and confer regarding the sets of plaintiffs whose compliance remains in dispute" and "file a joint status report by **no later than March 17, 2025.**" ECF No. 162 at 3 (emphasis in original). This joint status report follows.

II. Meet and Confer

The Parties met and conferred regarding the status of the plaintiffs whose compliance the Defendants disputed, namely the 16 plaintiffs listed in ECF No. 156-3 (the "Disputed Plaintiffs"), whose names are reproduced below for reference:

| | **Coal Miner Plaintiff** | **Spousal Plaintiff** |
|---|---|---|
| 1 | Adkins, Ronnie | |
| 2 | Arnett, Michael | |
| 3 | Coleman, Darrius | |
| 4 | Coots, Daniel | Coots, Heather |
| 5 | Damron, Robert | |
| 6 | Daniels, Gene | |
| 7 | Elswick, Michael | Elswick, Drema |
| 8 | Epling, Larry | Epling, Mabel |
| 9 | Hall, Dustin | Hall, Hillary |
| 10 | Harris, Brian | Harris, Anita |
| 11 | Johnson, Royal | |
| 12 | Riley, Terry | Riley, Mary |
| 13 | Salyers, Mitchell | Salyers, Ruby |
| 14 | Stanley, Paul | |

| | | |
|---|---|---|
| 15 | Swiney, Kermit | |
| 16 | Wallen, Herman | |

The Parties have agreed that the Defendants will temporarily withdraw their dispute concerning the Disputed Plaintiffs and that the Disputed Plaintiffs, listed above, will be considered reinstated. In turn, the WT&P Plaintiffs will prioritize substantive discovery of the Disputed Plaintiffs.[1] Should said discovery reveal that the Disputed Plaintiffs are not properly reinstated, Defendants will be permitted to renew their dispositive motions and seek to have those plaintiffs dismissed from this matter.

[1] The Parties also met and conferred to discuss the status of over 400 state plaintiffs' cases and entered into a plan for substantive discovery of the same, which will require the plaintiffs to submit substantive discovery responses starting April 1, 2025.

WHITEFORD, TAYLOR & PRESTON, LLP

/s/ *Joseph E. H. Atkinson*
Joseph E.H. "Eric" Atkinson (*pro hac vice*)
jeatkinson@whitefordlaw.com
*Whiteford, Taylor & Preston, LLP*
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for WT&P Plaintiffs*

Masten Childers, III, Esq. (KBA # 94898)
Sarah E. Cooley, Esq. (KBA # 99993)
Madeleine R. Hamlin, Esq. (KBA #100019)
*Whiteford, Taylor & Preston, LLP*
161 N. Eagle Creek Drive, Suite 210
Lexington, Kentucky 40509
Telephone: (859) 687-6699
Facsimile: (859) 263-3239
mchilders@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for WT&P Plaintiffs*

Justin S. Peterson, Esq. (KBA #92633)
Kellie M. Collins, Esq. (KBA #92509)
*Peterson Law Office, PLLC*
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
Telephone: (859) 469-6390
Facsimile: (859) 469-6391
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
*Counsel for WT&P Plaintiffs*

**HAVE SEEN AND AGREED:**

| | |
|---|---|
| */s/ Michael J. Bender*<br>Byron N. Miller<br>Michael J. Bender<br>THOMPSON MILLER & SIMPSON, PLC<br>734 West Main Street, Suite 400<br>Louisville, KY 40202<br>bmiller@tmslawplc.com<br>mbender@tmslawplc.com<br>mhess@tmslawplc.com<br>mhendricks@tmslawplc.com<br><br>Bryant J. Spann<br>Robert H. Akers<br>THOMAS COMBS & SPANN<br>300 Summers Street, Suite 1380<br>Charlestown, WV 25301<br>BSpann@tcspllc.com<br>RAkers@tcspllc.com<br>JBrowne@tcspllc.com<br>LGibson@tcspllc.com<br>*Counsel for Defendant 3M Company* | */s/ John A. Budig (by MJB with permission)*<br>Nicholas Johnson<br>John A. Budig<br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charlestown, West Virginia 25301<br>njohnson@baileyglasser.com<br>jbudig@baileyglasser.com<br><br>Charles J. Baird<br>David L. Baird<br>Baird & Baird, PSC<br>162 Second Street<br>P.O. Box 351<br>Pikeville, Kentucky 41502<br>cbaird@bairdandbaird.com<br>dbaird@bairdandbaird.com<br><br>M. Trent Spurlock<br>Dinsmore & Shohl, LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, Kentucky 40202<br>Trent.spurlock@dinsmore.com<br>*Counsel for Defendant Mine Respirator Company, LLC* |
| */s/ Whitney Fraizer Watt (by MJB with permission)*<br>Robert M. Connolly<br>Carol Dan Browning<br>Whitney Frazier Watt<br>Emily L. Startsman<br>*Stites & Harbison, PLLC*<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>rconnolly@stites.com<br>cbrowning@stites.com<br>wwatt@stites.com<br>estartsman@stites.com<br>*Counsel for Defendants, American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Aearo Technologies, LLC and Aearo, LLC* | */s/ William English (by MJB with permission)*<br>William F. English<br>Napier, Gault, Schupbach & Stevens, PLC<br>730 West Main Street, Suite 400<br>Louisville, Kentucky 40202<br>wenglish@napiergaultlaw.com<br>*Counsel for Defendants, Mine Service Company, Inc. and Kentucky Mine Supply Company* |

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the ECF systems which will send notification of such filing to all counsel of record, this 17th day of March, 2025.

Michael B. Martin
Martin Walton Law Firm
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
mmartin@martinwaltonlaw.com
*Counsel for Plaintiffs Brett and Brenda Gayheart, Anthony and Tonya Hall, Norman and Kimberly Page, and Jeffrey and Stacie Pinson*

James Hamilton
Jonah L. Stevens
Destiny Hamilton Pugh
HAMILTON & STEVENS, PLLC
P.O. Box 1286
Pikeville, KY 41502
james@hamiltonstevenslaw.com
jonah@hamiltonstevenslaw.com
destiny@hamiltonstevenslaw.com
*Counsel for Plaintiffs Brett and Brenda Gayheart, Anthony and Tonya Hall, Norman and Kimberly Page, and Jeffrey and Stacie Pinson*

Johnny Givens
GIVENS LAW FIRM, PLLC
240 Trace Colony Park Drive, Ste 100
Ridgeland, Mississippi 39157
johnny@givens-law.com
*Counsel for Plaintiffs Brett and Brenda Gayheart, Anthony and Tonya Hall, Norman and Kimberly Page, and Jeffrey and Stacie Pinson*

Brian M. Vines
Minner Vines Injury Lawyers, PLLC
325 West Main Street, Suite 210
Lexington, KY 40507
brian@mvmlaw.com
*Counsel for Plaintiff Jeffrey and Kathyrn Miller*

Byron N. Miller
Michael J. Bender
*Thompson Miller & Simpson, PLC*
734 West Main Street, Suite 400
Louisville, Kentucky 40202
mbender@tmslawplc.com
bmiller@tmslawplc.com
*Counsel for Defendant 3M Company*

Bryan J. Spann
Robert H. Akers
*Thomas Combs & Spann*
300 Summers Street, Suite 1380
Charlestown, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
*Counsel for Defendant 3M Company*

M. Trent Spurlock
*Dinsmore & Shohl, LLP*
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Trent.spurlock@dinsmore.com
*Counsel for Defendant Mine Respirator Company, LLC*

Nicholas Johnson
John A. Budig
*Bailey & Glasser, LLP*
209 Capitol Street
Charlestown, West Virginia 25301
njohnson@baileyglasser.com
jbudig@baileyglasser.com
*Counsel for Defendant Mine Respirator Company, LLC*

Charles J. Baird
David L. Baird
*Baird & Baird, PSC*
162 Second Street
P.O. Box 351
Pikeville, Kentucky 41502
cbaird@bairdandbaird.com
dbaird@bairdandbaird.com
*Counsel for Defendant Mine Respirator Company, LLC*

Robert M. Connolly
Carol Dan Browning
Whitney Frazier Watt
Emily L. Startsman
*Stites & Harbison, PLLC*
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartsman@stites.com
*Counsel for Defendants, American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Aearo Technologies, LLC and Aearo, LLC*

William F. English
*Napier, Gault, Schupbach & Stevens, PLC*
730 West Main Street, Suite 400
Louisville, Kentucky 40202
wenglish@napiergaultlaw.com
*Counsel for Defendants, Mine Service Company, Inc. and Kentucky Mine Supply Company*

/s/ *Joseph E. H. Atkinson*
Joseph E.H. "Eric" Atkinson (*pro hac vice*)
jeatkinson@whitefordlaw.com
*Whiteford, Taylor & Preston, LLP*
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for WT&P Plaintiffs*